# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENYNE ANN THORNTON,<br><br>    Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN,<br>  Acting Commissioner Of Social Security,<br><br>    Defendant. | Case No. 1:16-cv-00816-SMS<br><br>ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* WITH LEAVE TO AMEND<br><br><br>(Doc. 2) |

By motion filed June 13, 2016, Plaintiff Jenyne Ann Thornton, by her attorney, Melissa Newel, seeks to proceed *in forma pauperis*. Plaintiff submitted an application which is incomplete. Specifically, Plaintiff did not provide complete information concerning her employment status and money received from other sources. Also, it appears Plaintiff's application contains additional page(s) which were not filed. Absent complete information regarding Plaintiff's financial situation, the Court cannot evaluate whether Plaintiff is sufficiently impoverished to justify proceeding without paying the filing fee for her lawsuit.

Accordingly, the Court DENIES Plaintiff's motion to proceed *in forma pauperis*. Plaintiff shall either submit an amended and complete application[1] to proceed *in forma pauperis* or pay the filing fee to the Clerk of the Court within thirty (30) days of this order. If Plaintiff does not pay the

---

[1] If Plaintiff elects to submit an amended application, as this order permits her to do, she must provide a case number.

filing fee or submit an amended application, the Court shall dismiss the case for lack of prosecution without further notice.

IT IS SO ORDERED.

Dated: **June 14, 2016**              /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE