1
2
3

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| JENYNE THORNTON,<br><br>    Plaintiff,<br><br> vs.<br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:16-CV-00816-GSA<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended for two weeks from July 19, 2017 to **August 2, 2017**.  This is Defendant's second request for extension.  Good cause exists to grant Defendant's request for extension.  Additional time is required as counsel for Defendant had food poisoning last week and became behind on her caseload.  Due to shortened staff and heavy caseload, Counsel for Defendant has over 50 active pending disability matters of which require 2+ dispositive motions per week until mid-late August.  As a result, Counsel was not able to adequately research and review the transcript in time to properly respond to Plaintiff's Motion for Summary Judgment.  Counsel for Defendant apologizes for the belated nature of this request, but did not anticipate seeking an additional extension due to her food poisoning and unanticipated medical leave.  Defendant makes this request in good faith with no intention to unduly delay the proceedings.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

JS for Extension of Time, Case No. 1:16-CV-00816-GSA

Respectfully submitted,

Dated: July 17, 2017             /s/ *Melissa Newel
                                 (*as authorized by email on July 17, 2017)
                                 MELISSA NEWEL
                                 Attorney for Plaintiff


Dated:  July 17, 2017            PHILLIP A. TALBERT
                                 United States Attorney
                                 DEBORAH LEE STACHEL
                                 Regional Chief Counsel, Region IX
                                 Social Security Administration

                         By      /s/  Tina L. Naicker
                                 TINA L. NAICKER
                                 Special Assistant U.S. Attorney
                                 Attorneys for Defendant

.

## ORDER

Pursuant to the stipulation of the parties (Doc. 24), Defendant's Opposition shall be filed no later than **August 2, 2017**. Any Reply shall be filed fifteen days after the filing of the Opposition.

IT IS SO ORDERED.

   Dated:   **July 18, 2017**              **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE

JS for Extension of Time, Case No. 1:16-CV-00816-GSA