PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| JENYNE THORNTON,<br><br>  Plaintiff,<br><br>  vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>  Defendant. | Case No.: 1:16-CV-00816-GSA<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended for two days from August 2, 2017 to **August 4, 2017**. This is Defendant's third request for extension. Good cause exists to grant Defendant's request for extension. Additional time is required as counsel for Defendant had a death in her family and is attending funeral and prayer services this week. As such, Counsel needs additional time to properly respond to Plaintiff's Motion for Summary Judgment. Counsel for Defendant apologizes for the belated nature of this request, but did not anticipate seeking an additional extension due to the recent, unexpected death in her family. Defendant makes this request in good faith with no intention to unduly delay the

JS for Extension of Time, Case No. 1:16-CV-00816-GSA

1

proceedings.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: July 31, 2017 　　　　　　　　　　　*/s/ \*Melissa Newel*
　　　　　　　　　　　　　　　　　　　　　(\*as authorized by email on July 31, 2017)
　　　　　　　　　　　　　　　　　　　　　MELISSA NEWEL
　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff


Dated: July 31, 2017 　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　　　　DEBORAH LEE STACHEL
　　　　　　　　　　　　　　　　　　　　　Regional Chief Counsel, Region IX
　　　　　　　　　　　　　　　　　　　　　Social Security Administration

　　　　　　　　　　　　　　　By　　　*/s/  Tina L. Naicker*
　　　　　　　　　　　　　　　　　　　　　TINA L. NAICKER
　　　　　　　　　　　　　　　　　　　　　Special Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant

## **ORDER**

Pursuant to the stipulation of the parties (Doc. 26), Defendant's Opposition shall be filed **no later than August 4, 2017**. Any Reply shall be filed fifteen days after the filing of the Opposition.

IT IS SO ORDERED.

　　Dated:　**July 31, 2017**　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

JS for Extension of Time, Case No. 1:16-CV-00816-GSA

2