PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| JENYNE THORNTON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:16-CV-00816-GSA<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from August 7, 2017 to **August 16, 2017**. This is Defendant's fourth request for extension. Good cause exists to grant Defendant's request for extension. Additional time is required as counsel for Defendant is suffering from debilitating migraines, which impairs her vision. Counsel for Defendant was also recently admitted into ER and could not work over the weekend as expected. As such, Counsel needs additional time to properly respond to Plaintiff's Motion for Summary Judgment. Counsel for Defendant apologizes for the belated nature of this request, but did not anticipate seeking an additional extension due her migraine and could not file the extension due

JS for Extension of Time, Case No. 1:16-CV-00816-GSA

1

to her vision impairment. Defendant makes this request in good faith with no intention to unduly delay the proceedings. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                                                  Respectfully submitted,

Dated: August 7, 2017                       *s/ \*Melissa Newel*
                                                (*as authorized by email on August 7, 2017)
                                                MELISSA NEWEL
                                                Attorney for Plaintiff

Dated:  August 7, 2017                    PHILLIP A. TALBERT
                                                United States Attorney
                                                DEBORAH LEE STACHEL
                                                Regional Chief Counsel, Region IX
                                                Social Security Administration

                                        By     /s/  *Tina L. Naicker*
                                                TINA L. NAICKER
                                                Special Assistant U.S. Attorney
                                                Attorneys for Defendant

## **ORDER**

Pursuant to the parties' stipulation (Doc. 29), Defendant shall file her Opposition no later than **August 16, 2017**. Any Reply shall be filed no later than fifteen (15) days after the filing of the Opposition. In light of the most recent stipulation, the Court deems the stipulation filed on August 4, 2017 (Doc. 28) withdrawn.

IT IS SO ORDERED.

   Dated:   **August 8, 2017**                  **/s/ Gary S. Austin**
                                                UNITED STATES MAGISTRATE JUDGE