| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
| | United States Attorney |
| 2 | DEBORAH LEE STACHEL |
| | Regional Chief Counsel, Region IX |
| 3 | Social Security Administration |
| | TINA L. NAICKER, CSBN 252766 |
| 4 | Special Assistant United States Attorney |
| | 160 Spear Street, Suite 800 |
| 5 | San Francisco, California 94105 |
| | Telephone: (415) 268-5611 |
| 6 | Facsimile: (415) 744-0134 |
| 7 | E-Mail: Tina.Naicker@SSA.gov |

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| JENYNE THORNTON, | Case No.: 1:16-CV-00816-GSA |
| Plaintiff, | **JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended for two days from August 16, 2017 to **August 18, 2017**. This is Defendant's fifth request for extension. Good cause exists to grant Defendant's request for extension. Additional time is required as Counsel was out on medical leave the week prior from her debilitating chronic migraines, which causes partial vision loss. At the time Counsel made her last request for one-week extension, Counsel did not anticipate having continuing chronic migraines. Counsel has over 50+ active matters, of which require 2-3 dispositive motions until mid-September. As such, Counsel became behind on her caseload from her unanticipated medical leave and needs additional time

JS for Extension of Time, Case No. 1:16-CV-00816-GSA

1

to properly respond to Plaintiff's Motion for Summary Judgment.  Counsel for Defendant apologizes for the belated nature of this request, but did not anticipate seeking an additional extension due her ongoing medical condition.  Defendant makes this request in good faith with no intention to unduly delay the proceedings.  Defendant will diligently meet the new deadline without any further extensions.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                                  Respectfully submitted,

Dated: August 16, 2017                     *s/ \*Melissa Newel*
                                            (*as authorized by email on August 16, 2017)
                                            MELISSA NEWEL
                                            Attorney for Plaintiff

Dated: August 16, 2017                     PHILLIP A. TALBERT
                                            United States Attorney
                                            DEBORAH LEE STACHEL
                                            Regional Chief Counsel, Region IX
                                            Social Security Administration

                                 By     /s/  *Tina L. Naicker*
                                            TINA L. NAICKER
                                            Special Assistant U.S. Attorney
                                            Attorneys for Defendant

///

///

///

///

///

///

///

1 **<u>ORDER</u>**

2 Pursuant to the parties' stipulation (Doc. 31), Defendant's Opposition shall be filed no
3 later than August 18, 2017. Any Reply is due fifteen (15) days after the filing of the Opposition.

IT IS SO ORDERED.

    Dated:   **August 17, 2017**                 **/s/ Gary S. Austin**
                                                   UNITED STATES MAGISTRATE JUDGE